UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>BARNES & NOBLE, INC.,<br><br>          Defendant. | Case No.  12-cv-03863-WHO<br><br>**ORDER REQUIRING SUBMISSION OF CASE STATUS REPORT** |

On September 26, 2012, this case was stayed pursuant to 28 U.S.C. § 1659(a) pending the resolution of ITC Investigation No. 337-TA-853, including any and all appeals.  Docket No. 12. On or before November 12, 2013, and every six months thereafter until the ITC Investigation is final, the parties shall file a Joint Notice of Case Status informing the Court of the status of the ITC Investigation.

**IT IS SO ORDERED**.

Dated: October 28, 2013

WILLIAM H. ORRICK
United States District Judge