UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BARNES & NOBLE, INC.,<br><br>Defendant. | CASE NO. 3:12-cv-03863-VC<br><br>**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT BARNES & NOBLE, INC. FOR TRANSMISSION OF THE ITC RECORD TO THE DISTRICT COURT** |

Pursuant to 28 U.S.C. § 1659(b), the undersigned hereby orders the complete record of the proceedings before the U.S. International Trade Commission in *Certain Wireless Consumer Electronics Devices and Components Thereof*, Inv. No. 337-TA-853, to be transmitted to the United States District Court for the Northern District of California, Case No. 3:12-cv-03863-VC. To the extent the Commission record contains confidential information, the parties are ordered to handle such information under the terms of the ITC Protective Order in the '853 Investigation, pending entry of a superseding protective order by this Court.

**IT IS SO ORDERED.**

Dated: August 12, 2014

_____
VINCE CHHABRIA
United States District Judge