QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant Barnes & Noble, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BARNES & NOBLE, INC.,<br><br>            Defendant. | CASE NO. 3:12-cv-03863-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO DISCLOSE INVALIDITY CONTENTIONS** |

### STIPULATION

Pursuant to Civil L.R. 6-2 and 7-12, Defendant Barnes & Noble, Inc. ("Barnes & Noble") and Plaintiffs Technology Properties Ltd., Patriot Scientific Corp., and Phoenix Digital Solutions (collectively "Plaintiffs") hereby stipulate and request an order from the Court extending by one week the time for Barnes & Noble to serve its invalidity contentions and accompanying document production pursuant to Patent L.R. 3-3 and 3-4.

Shortly after this case was filed, the Court stayed the case pursuant to 28 U.S.C. § 1659(a) and its inherent authority. As a result, the time for serving infringement contentions and invalidity contentions was tolled. After this Court lifted the stay, the parties agreed to exchange infringement contentions on July 22, 2014 and invalidity contentions on September 5, 2014.

1  These dates were submitted to the Court in the Joint Case Management Statement filed on July 1,
2  2014 (D.E. 28).

3       Barnes & Noble requests a one-week extension of time until September 12, 2014 to serve
4  its invalidity contentions and accompanying document production in order to enable it to more
5  fully present its contentions.  Plaintiffs stipulate to Barnes & Noble's requested extension.

6       As required by Civil L.R. 6-2, the parties state that other than the adjustments made
7  necessary by the stay as discussed above, they are not aware of any other time modifications made
8  in this case.  The requested extension would not affect any pending deadlines in the case.

DATED: September 4, 2014       Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  */s/ David Eiseman*
    David Eiseman
    Attorneys for Defendant Barnes & Noble, Inc.

DATED: September 4, 2014       Respectfully submitted,

AGILITY IP LAW


By  */s/ James Otteson*
    James Otteson
    Attorneys for Plaintiffs Technology Properties
    Ltd., Patriot Scientific Corp., and Phoenix Digital
    Solutions

1
2
**ORDER**

3     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4
5   Dated:  September  5   , 2014
6
7                                                                   _____
         VINCE CHHABRIA
8        United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
3
Case No. 3:12-cv-03863-VC
Stipulation and [Proposed] Order Extending Time to Serve Invalidity Contention