UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>BARNES & NOBLE, INC.,<br><br>           Defendant. | Case No. 3:12-cv-03863-VC<br><br>**CASE MANAGEMENT ORDER** |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. et al.,<br><br>           Defendants. | Case No. 2:12-cv-03865-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>GARMIN LTD., et al.,<br><br>           Defendants. | Case No. 3:12-cv-03870-VC |

1

Case No. 3:12-cv-03863-VC
CASE MANAGEMENT ORDER

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ZTE CORPORATION et al.,<br><br>            Defendants. | Case No. 3:12-cv-03876-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. et al.,<br><br>            Defendants. | Case No. 3:12-cv-03877-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>NOVATEL WIRELESS, INC.,<br><br>            Defendant. | Case No. 3:12-cv-03879-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS, INC. et al.,<br><br>            Defendants. | Case No. 3:12-cv-03880-VC |

2

Case No. 3:12-cv-03863-VC
CASE MANAGEMENT ORDER

|   |   |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03881-VC |
| Plaintiffs, |   |
| v. |   |
| NINTENDO CO., LTD. et al, |   |
| Defendant. |   |

Based on the parties' joint case management statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

Defendants' responses to complaints...…………………………………..December 18, 2014

Initial disclosures, discovery disclosures, and disclosures of asserted
claims and infringement contentions and related documents………………January 20, 2015

Joinder of any additional parties or other amendments to the pleadings.…. January 20, 2015

Invalidity contentions and related documents………………………............March 3, 2015

Exchange of proposed terms for construction………………….....………...March 17, 2015

Exchange of preliminary claim construction and prehearing statement………..April 7, 2015

Joint claim construction and prehearing statement……………………………...May 5, 2015

Completion of claim construction discovery…………………………………….June 2, 2015

Opening claim construction briefs..……………………………………………June 16, 2015

Responsive claim construction briefs...………………………………………...June 30, 2015

Reply claim construction briefs..………………………………………………...July 7, 2015

Fact discovery cut-off……………………………………..……………July 22, 2015

Expert disclosures…..…………………………………………………August 19, 2015

3

Case No. 3:12-cv-03863-VC
CASE MANAGEMENT ORDER

| | |
|---|---|
| 1 | Close of expert discovery.………………………………………………….September 16, 2015 |
| 2 | Last day to file summary judgment motions..………...…………………September 30, 2015 |
| 3 | Technology tutorial……………………………………….November 4, 2015 at 10:00 a.m. |
| 4 | Claim construction and summary judgment hearing……....November 12, 2015 at 10:00 a.m. |

IT IS FURTHER ORDERED that the parties shall attend a settlement conference with United States Magistrate Judge Nathaniel Cousins within 30 days of the court's claim construction and summary judgment ruling. After the parties have certified that they have conducted the mediation, the court will set the final pretrial and trial date in consultation with the presiding judge.

**SO ORDERED.**

Dated: November 20, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

4

Case No. 3:12-cv-03863-VC
CASE MANAGEMENT ORDER