UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>BARNES & NOBLE, INC.,<br><br>                Defendant. | Case No. 3:12-cv-03863-VC<br><br>**ORDER DENYING REQUEST FOR USE OF LETTER BRIEFS FOR DISCOVERY** |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. et al.,<br><br>                Defendants. | Case No. 2:12-cv-03865-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>GARMIN LTD., et al.,<br><br>               Defendants. | Case No. 3:12-cv-03870-VC |

1

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZTE CORPORATION et al., <br><br> Defendants. | Case No. 3:12-cv-03876-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. et al., <br><br> Defendants. | Case No. 3:12-cv-03877-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NOVATEL WIRELESS, INC., <br><br> Defendant. | Case No. 3:12-cv-03879-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LG ELECTRONICS, INC. et al., <br><br> Defendants. | Case No. 3:12-cv-03880-VC |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03881-VC |
| Plaintiffs, | |
| v. | |
| NINTENDO CO., LTD. et al, | |
| Defendant. | |

In eight cases, Plaintiffs have requested that the court resolve discovery matters using letter briefs rather than traditional procedures found in the Civil Local Rules and Federal Rules of Civil Procedure.[1]  Defendants in seven of the cases object to Plaintiffs' request, saying it is too long after the case management conference and too late in discovery to switch now, preferring to address any need for flexibility on a case-by-case basis.[2]  Having considered the arguments, the court declines to switch to letter briefs.  Plaintiffs' request is DENIED.

**SO ORDERED.**

Dated:  June 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 88, Case No. 3:12-cv-03863-VC.

[2] *See* Docket No. 90, Case No. 3:12-cv-03863-VC.

United States District Court
For the Northern District of California