UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>                   Plaintiffs,<br><br>   v.<br><br>BARNES & NOBLE, INC.,<br><br>                   Defendant. | Case No. 3:12-cv-03863-VC<br><br>**SECOND AMENDED CASE MANAGEMENT ORDER** |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>                   Plaintiffs,<br><br>   v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. et al.,<br><br>                   Defendants. | Case No. 2:12-cv-03865-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>                   Plaintiffs,<br><br>   v.<br><br>GARMIN LTD., et al.,<br><br>                   Defendants. | Case No. 3:12-cv-03870-VC |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03876-VC |
| Plaintiffs, | |
| v. | |
| ZTE CORPORATION et al., | |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03877-VC |
| Plaintiffs, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. et al., | |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03880-VC |
| Plaintiffs, | |
| v. | |
| LG ELECTRONICS, INC. et al., | |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03881-VC |
| Plaintiffs, | |
| v. | |
| NINTENDO CO., LTD. et al, | |
| Defendant. | |

2

Case No. 3:12-cv-03863-VC
SECOND AMENDED CASE MANAGEMENT ORDER

Based on the parties' recent letter briefs proposing schedule changes in the above captioned cases,[1]

IT IS HEREBY ORDERED that the following new deadlines shall apply to this case:

Completion of claim construction discovery……………………………………...July 21, 2015

Simultaneous opening claim construction briefs..……………..……………..August 4, 2015

Simultaneous responsive claim construction briefs...………………………......August 18, 2015

Technology tutorial and *Markman* hearing………..………September 18, 2015 at 10:00 a.m.

Fact discovery cut-off………………………………………………..…………October 8, 2015

Opening expert reports due…..……..……………………………………....…November 6, 2015

Rebuttal expert reports due…..……………………………………………..…December 4, 2015

Close of expert discovery.……………………………………………………....January 4, 2016

Last day to file summary judgment motions..………..…………………….....February 12, 2016

Summary judgment hearing…………………………..……......March 22, 2016 at 10:00 a.m.

IT IS FURTHER ORDERED that the parties shall attend a settlement conference with United States Magistrate Judge Nathaniel Cousins within 30 days of the court's summary judgment ruling. After the parties have certified that they have conducted the mediation, the court will set the final pretrial and trial date in consultation with the presiding judge.

**SO ORDERED.**

Dated: July 14, 2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Case No. 3:12-cv-3863-VC, Docket Nos. 109, 110.

3
Case No. 3:12-cv-03863-VC
SECOND AMENDED CASE MANAGEMENT ORDER